IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHEDRICK DELESTER JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 107-074 |
| | ) | |
| DON JARRIEL, Warden; and | ) | |
| THURBERT BAKER, Attorney General, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, as the petition is time-barred, Respondent's motion to dismiss is **GRANTED**, this case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 22nd day of May, 2008, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE